IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LOCAL 439 STEAMFITTERS PENSION PLAN,         )
CHARLES BAILLEY, ROBERT E. BAILEY, JR.,       )
DANA CLARK, JOE SKILJAN, BOB DURBIN,          )
KENT DICKEMANN, MARK THOMAS,                  )
CHARLES BAILEY JR., GEORGE WALKER,            )
LOCAL 439 STEAMFITTERS SUPPLEMENTAL           )
RETIREMENT TRUST FUND, LOCAL 439              )
STEAMFITTERS HEALTH AND WELFARE               )
FUND, and LOCAL 439 STEAMFITTERS              )
APPRENTICESHIP AND JOURNEYMAN                 )
TRAINING TRUST,                               )
                                              )
               Plaintiffs,                    )
                                              )
vs.                                           )    Case No. 19-CV-226-NJR-MAB
                                              )
A&H MECHANICAL CONTRACTING, INC.,             )
                                              )
               Defendant.                     )

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Motion to Dismiss Without

Prejudice (Doc. 9), and subsequent Order dated June 4, 2019 (Doc. 10), this action was voluntarily

**DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**DATED:  June 4, 2019**

                                        MARGARET M. ROBERTIE,
                                        Clerk of Court

                                        By:   s/ *Deana Brinkley*
                                              Deputy Clerk

**APPROVED:**      s/ *Nancy J. Rosenstengel*
                   **NANCY J. ROSENSTENGEL**
                   **Chief U.S. District Judge**